*Clinton P. Sheehy* for appellant.

*James N. Gehrig, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

CHARLES W. RUSSELL, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Wilfreda B. Stone* and *William Mangin* for motion.

*Helen McCarthy Rivette* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.

CHARLES W. RUSSELL, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Respondent.

Submitted November 22, 1948; decided January 13, 1949.

*Wilfreda B. Stone* and *William Mangin* for motion.
*Helen McCarthy Rivette* opposed.

Motion denied without prejudice to a renewal of the motion upon the argument of the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONACO, Appellant, against JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.

Submitted January 3, 1949; decided January 13, 1949.